MINNIE M. CRAVER, Appellant, *v.* GEORGE W. CRAVER, Respondent.

*Craver* v. *Craver*, 186 App. Div. 847, appeal dismissed.
(Submitted April 14, 1919; decided April 22, 1919.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 25, 1919, which reversed an order of Special Term granting a motion for alimony *pendente lite* and denied said motion.

The motion was made upon the grounds that the order appealed from was not a final order and that permission to appeal had not been obtained.

*Chester T. Wager* for motion.

*Borden H. Mills* opposed.

Motion granted and appeal dismissed, without costs.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS GLEEKSMAN, Appellant.

*People* v. *Gleeksman*, 178 App. Div. 882, appeal dismissed.
(Submitted April 14, 1919; decided April 22, 1919.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1917, which affirmed a judgment of the Court of Special Sessions of the City of New York convicting the defendant of the crime of unlawfully possessing an indecent book.

The motion was made upon the ground of failure to file the return.

*Edward Swann, District Attorney (Felix C. Benvenga* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.